UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 2018-697 – WOB-KLL

BARON BRAND                                                    PETITIONER

VS.                              <u>ORDER</u>

WARDEN, CORRECTIONAL
RECEPTION CENTER                                               RESPONDENT

This matter is before the Court on the Report and Recommendation (Doc. 11) of the United States Magistrate Judge, and having considered *de novo* those objections (Doc. 20) filed by petitioner, and the Court having sufficiently considered the matter, and being advised,

**IT IS ORDERED** that the objections be (Doc.20), and they hereby are, **overruled**; that the Report and Recommendation be, and hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that the petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) be, and it hereby is, **dismissed with prejudice.** No certificate of appealability shall issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would not be take in "good faith."

This 25th day of February, 2021.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge